UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00333

**Patrick Redford,**
*Plaintiff,*

v.

**Commissioner of Social Security,**
*Defendant.*

# ORDER

 Plaintiff filed this civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. The action was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the decision of the Commissioner be affirmed. Doc. 17. No objections to the magistrate judge's report were filed.

 When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The decision of the Commissioner is affirmed.

*So ordered by the court on November 1, 2022.*

J. CAMPBELL BARKER
United States District Judge